IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 05-14  Erie |
| AARON WASHINGTON | ) |

## ARRAIGNMENT PLEA

Defendant Aaron Washington being arraigned, pleads **Not Guilty** in open Court this **9th** day of **May**, 2005.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)

AND NOW, the defendant in the above-entitled case hereby withdraws his plea of not guilty entered **May 9, 2005**, and now pleads guilty in open court this **30** day of **August** 20**05**.

_____
Defendant