IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | )  Criminal Number 05-14E |
| | ) |
| AARON WASHINGTON | ) |

The above named defendant satisfied the judgment of AUGUST 30, 2005 by paying on APRIL 10, 2007 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  5/21/07
Deputy Clerk                                      Date